United States District Court
Southern District of Texas
**ENTERED**
November 20, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Rojelio and Maria Gonzalez, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.  H-18-3965 |
| | § | |
| American Security Insurance Co., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to Plaintiffs' Motion for Voluntary Dismissal filed on November 19, 2018 the above referenced case is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).   The Clerk shall send a true copy to all counsel of record.

Signed this _____**2○**_____ day of November, 2018.

DAVID HITTNER
United States District Judge